**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | |
| ) | No. 89-0098M |
| Plaintiff, ) | |
| ) | **ORDER** |
| vs. ) | |
| ) | |
| Dioscore Flores Sanchez, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Upon Motion of the United States and good cause appearing,

IT IS HEREBY ORDERED dismissing the complaint and quashing the arrest warrant issued April 12, 1989.

DATED this 21st day of April, 2006.

_____
David K. Duncan
United States Magistrate Judge